**Opinion issued October 7, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00378-CV

———————————

**WANDA WEATHERS, DIVERSITY GROUP, L.C., AND DIVERSITY DAY ACTIVITY AND HEALTH SERVICES, INC., Appellants**

**V.**

**GLORIA HERRERA, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LARRY HERRERA, Appellees**

———————————

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 424,717-401**

———————————

## MEMORANDUM OPINION

Appellants, Wanda Weathers, Diversity Group, L.C., and Diversity Day Activity and Health Services, Inc., have filed a joint motion to dismiss appeal after settling the case, and request that all costs be assessed against the party incurring

the same.  The motion was signed by appellees' counsel, no other party has filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1), (c).

Accordingly, we grant the motion and **dismiss** the appeal, with costs to be taxed against the party who incurred the same.  *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.